UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>RAUL GUZMAN,<br>    Defendant. | CASE NO. 20CR0060-BEN<br><br><br>VERDICT |

**As to Count 1 of the Indictment:**

We, the jury in the above-entitled cause, find the defendant Raul Guzman **NOT GUILTY** (not guilty/guilty) of Importation of Methamphetamine, in violation of Title 21 U.S.C. §952 and 960.

We further unanimously find that the amount of methamphetamine involved in the offense weighed 50 grams and more of actual methamphetamine:

_____ YES     _____ NO

*/s/ Marilyn Herbert*
FOREPERSON OF THE JURY

DATED: *Aug 4th*, 2022
SAN DIEGO, CALIFORNIA